On today's docket is the case of People v. People of the State of Illinois v. Anthony Brown. And so the appellants have waived, and we have Ms. Kelly Stacey for the affilee. Thank you, Your Honor. May it please the Court, my name is Kelly Stacey, appearing on behalf of People. I'll be short and sweet. In this retail theft appeal, the defendant argues that the jury should have believed his brother, who told them that he was solely responsible for the retail theft that occurred at Walmart. The jury, however, saw the videotape that clearly shows the defendant stuffing heartburn pillows and razors into a red Walmart duffel bag. The jury was entitled to rely on common sense, and indeed their eyes. The defendant's brother had already pleaded guilty to the charge at the time he testified. The jury was not required to believe the brother's explanation, especially when the video shows the defendant removing items from the Walmart shelves and secreting them into the duffel bag and then hiding the bag under pillows in a shopping cart. Here, the defendant was an active participant in the retail theft. The video evidence was also corroborated by the Walmart Asset Protection Associate, who testified he was six feet away when he heard the defendant tell his brother, grab the bag, let's leave. The evidence, viewed as it must be in the light most favorable to the State, supports the jury's verdict, and the People respectfully request this Court confirm that verdict. You weren't short. Thank you, Your Honor. Thank you. We appreciate the argument. We're going to take it under advisement.